IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUCIA FLORES, DANIEL MORENO, ABEL MORENO, SHAMEKA DONNELL, VONTRAEL DONNELL, TIFFANY DONNELL, TRAVON DONNELL, ROBERT McDANIEL, and YOLANDA SIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>ACT EVENT SERVICES, INC., ROMAN LUIS GAONA, FINAL & TOUCH CLEANING SERVICES a/k/a FINAL TOUCH CLEANING SERVICES, INC. and FINAL TOUCH CLEANING SERVICE,<br><br>Defendants | Civil Action No. 3:14-cv-02412-G |

## *STATEMENT NOTING A PARTY'S DEATH*

In accordance with Rule 25(a), KENNETH M. STILLMAN who is an Attorney for ROMAN LUIS GAONA, FINAL & TOUCH CLEANING SERVICES aka FINAL TOUCH CLEANING SERVICES, INC. and FINAL & TOUCH CLEANING SERVICE [hereinafter "GAONA ENTITIES"] and notes the death during the pendency of this action of ROMAN GAONA the Defendant and owner of the entities in this action.

DATED : December 6, 2014

                                     **LAW OFFICE OF KENNETH M. STILLMAN**

                 By:     */s/ Kenneth M. Stillman*
                                     KENNETH M. STILLMAN
                                     12700 Park Central Drive, Suite 1900
                                     Dallas, Texas 75251
                                     VOICE:         (214) 522-0633
                                     FACSIMILE:   (214) 526-0849
                                     EMAIL:         kstill53@gmail.com
                                     Texas Bar No. 19240500

                                     **ATTORNEY FOR GAONA ENTITIES**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the persons listed below via CM/ECF on the 6th day of December, 2014:

Timothy M. Dortch (Micah.Dortch@cooperscully.com)
Lauren Tow (Lauren.Tow@cooperscully.com)
Tom Carse (tom@carselaw.com)
Mark Shank (mshank@ghjhlaw.com)

/s/ Kenneth M. Stillman
KENNETH M. STILLMAN