IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCIA FLORES, DANIEL MORENO, ABEL MORENO, SHAMEKA DONNELL, VONTRAEL DONNELL, TIFFANY DONNELL, TRAVON DONNELL, ROBERT McDANIEL, YOLANDA SIMPSON, GLORIA TORRES AND ROSA HERNANDEZ | § § § § § § § § | COLLECTIVE AND CLASS ACTION COMPLAINT |
| Plaintiffs, | § § | **JURY DEMANDED** |
| V. | § § | |
| ACT EVENT SERVICES, INC., ROMAN LUIS GAONA, FINAL & TOUCH CLEANING SERVICES a/k/a FINAL TOUCH CLEANING SERVICES, INC., AND FINAL TOUCH CLEANING SERVICES, | § § § § § § § | |
| Defendants. | § | CIVIL ACTION NO. 3:14-CV-02412-G |

## MOTION FOR SUBSTITUTION OF PARTY

Plaintiffs, Lucia Flores, Daniel Moreno, Abel Moreno, Shameka Donnell, Vontrael Donnell, Tiffany Donnell, Travon Donnell, Robert McDaniel, Yolanda Simpson, Gloria Torres and Rosa Hernandez ("Named Plaintiffs"), on behalf of themselves and those similarly situated ("Collective Action Plaintiffs"), by and through undersigned counsel, hereby file this Motion for Substitution of Party.

1. Named Plaintiffs initiate the instant action to redress violations by Defendants of the Fair Labor Standards Act ("FLSA") and the common-law rights of Named Plaintiffs and the putative class. Defendants intentionally failed to compensate Named Plaintiffs and Collective

D/922692v1

Action Plaintiffs for wages earned while in the employ of Defendants. As a result of Defendants' unlawful actions, Named Plaintiffs and Collective Action Plaintiffs have been harmed.

2. Defendant Roman Gaona was an employee of Defendant ACT Event Services and assisted in ACT Event Services intentional failure to compensate Named Plaintiffs and Collective Action Plaintiffs.

3. On December 6, 2014, Counsel for Mr. Gaona filed a Notice of Death of Defendant. (Doc. No. 45).

4. On February 11, 2015, the Court entered a Memorandum Opinion and Order on Defendant's Motion to Dismiss for Lack of Jurisdiction and, in the alternative, Motions for Partial Summary Judgment. (Doc No. 54) In footnote 2 of the Memorandum Opinion and Order the Court stated that "the plaintiffs indicated their intent to "pursue the action against the Representative of his Estate." Plaintiffs' Response to Final Touch at 2 n.1. Therefore, pursuant to Federal Rules of directs the plaintiffs to substitute the representative of Gaona's estate for the deceased Gaona as a defendant in this action." (Doc. No. 54)

5. FRCP 25(a)(1) states that "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A Motion for Substitution may be made by any party or by the decedent's successor or representative."

6. Plaintiffs are unclear if the Court interpreted its original notice of intent as a Motion to Substitute and granted it or the Court is requesting that the Plaintiffs file a Motion for Substitution in accordance with FRCP 25(a)(1).

D/922692v1

7. In an abundance of caution, Plaintiff is filing the Motion for Substitution with the Third Amended Complaint attached and requesting that the Court grant this Motion for Substitution and deem the Third Amended Complaint filed. (Pltf. App. 000001-18)

8. Plaintiffs' counsel has requested from Counsel for Roman Gaona the name and location of the Representative of the Estate of Roman Gaona and has not been provided a name. Plaintiff is listing the Representative of the Estate of Roman Gaona in its Third Amended Complaint and will serve the representative upon becoming aware of his or her name.

### PRAYER FOR RELIEF

**WHEREFORE**, Named Plaintiffs and Collective Action Plaintiffs pray that this Court grants its Motion for Substitution of Party and deems the Third Amended Complaint as filed and any other relief the Court deems necessary to grant.

Respectfully submitted,

BY: ___*/s/ Lauren Tow*___
      **TIMOTHY M. DORTCH**
      State Bar No. 24044981
      Micah.Dortch@cooperscully.com
      **LAUREN TOW**
      State Bar No. 24081179
      Lauren.Tow@cooperscully.com

**COOPER & SCULLY, P.C.**
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

And

      **TOM CARSE**
      State Bar No. 00796310
      tom@carselaw.com

**CARSE LAW FIRM**
6220 Campbell Road, Ste. 401
Dallas, Texas 75248
Telephone: (972) 503-6338
Facsimile: (972) 503-6348

**ATTORNEYS FOR PLAINTIFFS**

D/922692v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark A. Shark
Robert R. Harris
**GRUBER HURST JOHANSEN HAIL SHANK LLP**
1445 Ross Avenue, Suite 2500
Dallas TX 75202
*Attorney for ACT Event Services, Inc.*

Kenneth M. Stillman
LAW OFFICE OF KENNETH STILLMAN
12700 Park Central Drive, Ste. 1900
Dallas, TX 75251
**Tel.: 214 522 0633**
**Fax: 214 526 0849**
*Attorney for Roman Luis Gaona and Final & Touch Cleaning Services a/k/a Final Touch Cleaning Services, Inc. and Final Touch Cleaning Services*

                                                  */s/ Lauren Tow*
                                                  **LAUREN TOW**